# ROSICKI, ROSICKI & ASSOCIATES, P.C.
## *ATTORNEYS AT LAW*
### Main Office 51 E Bethpage Road
### Plainview, NY 11803
### Telephone: (516) 741-2585
### Facsimile: (516) 873-7243

August 21, 2017

Chambers of the Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Long Island Federal Courthouse
290 Federal Plaza, PO Box 9013
Central Islip, NY 11722

**Re:    Debtor: Christine Wise**
**Bankruptcy Case No.: 17-71875-reg**
**Chapter: 13**

Dear Judge Grossman:

This loss mitigation status letter is submitted on behalf of Wells Fargo Bank, N.A. ("Wells"), and a secured creditor of the above referenced Debtor.

By way of follow up to our status letter filed with this Court on July 6, 2017, Wells has advised our office that the Notice of Appeal submitted by the Debtor has been denied. Our office has provided Debtor's counsel with the denial letter

Should this Court have any questions, please feel free to contact me. Thank you.

Very truly yours,

Seung Woo Lee, Esq.
Rosicki, Rosicki and Associates, P.C.

cc:    *Ronald D Weiss, Esq.*
       *Michael J. Macco, Esq.*