

700 Crossroads Building
2 State Street, Rochester, New York 14614
P 585.987.2800    F 585.454.3968

**WOODS OVIATT GILMAN LLP**

1900 Main Place Tower
Buffalo, New York 14202
P 716.248.3200    F 716.854.5100

Default Service Direct Dial: 855-227-5072
Writer's Direct Fax Number: 585-362-4646
E-mail: bkinbox@woodsoviatt.com

ATTORNEYS
woodsoviatt.com

April 16, 2019

Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

    **Re:**    **Christine Wise**
    **Case No.**    **8-17-71875-reg**
    **Property Address:**    **1186 Waverly Ave, Holtsville, NY 11742-1122**

Dear Honorable Robert E. Grossman:

    Please be advised that a Motion for Relief from Stay (the "Motion") was filed on behalf of Wells Fargo Bank, N.A. as successor by merger to Wachovia Mortgage, FSB in the above-captioned bankruptcy case on April 16, 2019. The hearing on the Motion is scheduled for June 19, 2019 at 9:30AM. Wells Fargo Bank, N.A. as successor by merger to Wachovia Mortgage, FSB specifically waives the requirements of Bankruptcy Code 362(e).

    If you have any questions, please do not hesitate to contact our office.

Very truly yours,

WOODS OVIATT GILMAN LLP

/s/ *Aleksandra K. Fugate, Esq.*

Aleksandra K. Fugate, Esq.

Cc:
Ronald D Weiss
Christine Wise
Jeffrey A Wise
Michael J. Macco
United States Trustee
Justin Young

Nicole DiStasio
Michael J Chatwin
Andrew David Goldberg
Seung Woo Lee
Stephani A Schendlinger
ECMC

*The art of representing people*®

{7168382:2} «Field7»